WO

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA<br>V.<br>**Juan Alberto Armendariz-Garcia** | ORDER OF DETENTION PENDING SENTENCE (PURSUANT TO 18 U.S.C. 3143)<br><br>Case Number:   15-60509PO |
|---|---|

The defendant having entered a plea of guilty on this date to the charge of Illegal Entry, 8 U.S.C. §1325, and the Court having accepted the plea and ordered that a pre-sentence report be prepared, and having continued the matter for sentencing until July 22, 2015 at 10:30 a.m., the Court finds as follows:

1. The defendant has not rebutted by clear and convincing evidence that he is not likely to flee if released.
2. The defendant has a prior criminal history.
3. The defendant is a citizen of Mexico and an immigration detainer has been placed. If released the defendant faces deportation proceedings placing the defendant beyond the jurisdiction of this court.

**IT IS THEREFORE ORDERED** that the defendant remain in custody pending sentence.

_6/15/2015_
Date

_[signature]_
James F. Metcalf, Magistrate Judge